472 A.2d 251

Commonwealth v. Sanger, Appellant.
Petition for Allowance of Appeal
Denied May 25, 1984.

Submitted November 21, 1983.

Larry B. Maier, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.